John Rock, appellee, v. Minneapolis, St. Paul & Sault Ste. Marie Railway Company, appellant. Gen. No. 31,914.

Opinion filed October 11, 1929.

John L. McInerney and Edward H. Murnane, for appellant. H. H. Patterson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.